# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITY IPR APS,**<br><br>Plaintiff,<br><br>vs.<br><br>**FCS RACING SIMULATION B.V., ET AL.,**<br><br>Defendants. | CASE NO. 17-cv-06470-YGR<br>**GRANTING MOTION FOR JURISDICTIONAL DISCOVERY; CONTINUING MOTION TO DISMISS**<br><br>Re: Dkt. No. 19, 20 |

The motion of plaintiff Unity IPR ApS for jurisdictional discovery (Dkt. No. 20) to oppose the motion of defendant Cruden BV to dismiss for lack of personal jurisdiction is **GRANTED**. Unity has alleged facts to establish a basis for personal jurisdiction as to Cruden in its complaint. Cruden's motion to dismiss ostensibly challenged the allegations of the complaint alone. However, on reply to the motion, Cruden submitted a declaration refuting Unity's allegations. Unity seeks jurisdictional discovery to respond to Cruden's arguments and declaration.

Jurisdictional "[d]iscovery may be appropriately granted where pertinent facts bearing on the question of jurisdiction are controverted or where a more satisfactory showing of the facts is necessary." *Boschetto v. Hansing*, 539 F.3d 1011, 1020 (9th Cir. 2008) (quoting *Data Disc, Inc. v. Systems Tech Assoc. Inc.*, 557 F.2d 1280, 1285 n.1 (9th Cir. 1977). To grant the motion here without permitting Unity a reasonable opportunity to test Cruden's evidence, offered for the first time on reply, would result in actual and substantial prejudice to Unity.

Therefore, Unity is granted a brief period of discovery limited to jurisdictional issues. Such jurisdictional discovery shall be concluded by **May 31, 2018**. Unity may file a supplemental opposition to the motion to dismiss no later than **June 14, 2018**. Cruden may file a supplemental reply no later than **June 21, 2018**. The motion to dismiss, currently set for hearing on March 6, 2018, is **CONTINUED** to **July 10, 2018**, at 2:00 p.m.

**IT IS SO ORDERED.**

This terminates Docket No. 20.

Dated: February 28, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**